**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE TRINIDAD SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE TRINIDAD SALAS,<br><br>  Defendant | Case No.: Case No.1:14-CR-00046 LJO SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA OBERTO AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, JOSE TRINIDAD SALAS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, June 2, 2014 be continued to Monday, June 16, 2014.

 I have commenced a felony trial in the Superior Court of California, County of Kern in the matter of *People v. Adam Hawn, BF145594A*. Trial is estimated to last approximately seven days. I have spoken to AUSA Laurel Montoya, and she has no objection to continuing the Status Conference.

 The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

1  //

2  //

3  **IT IS SO STIPULATED.**

4                                               Respectfully Submitted,

5  DATED:5/30/14                           */s/ David A Torres*___
                                            DAVID A. TORRES
6                                           Attorney for Defendant
                                            JOSE TRINIDAD SALAS
7

8  DATED:5/30/14                           */s/ Laurel Montoya*___
                                            LAUREL MONTOYA
9                                           Assistant U.S. Attorney

10

11

12                        **ORDER**

13

14
IT IS SO ORDERED.

15
   Dated:  **May 29, 2014**              **/s/ Sheila K. Oberto**
16                                       UNITED STATES MAGISTRATE JUDGE