**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE TRINIDAD SALAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Case No.14-CR-0046 LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTIONS DATE** |
| vs. | |
| JOSE TRINIDAD SALAS, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE TRINIDAD SALAS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the current motions date be vacated and be reset to the following: motions due date September 19, 2014, Response date October 10, 2014; Reply date October 20, 2014 and the Motion hearing date be set to Monday October 27, 2014

I was in trial for the matter of *People v. Swearengin;BF144505A* a vehicular homicide case and did not have to opportunity to review the reports to prepare the motions. The matter has since been resolved. I have spoken to AUSA Laurel Montoya, and she has no objection to continuing of the Motions date.

Summary of Pleading - 1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

                                        Respectfully Submitted,

DATED: 9/4/14                          ***/s/ David A Torres***
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        JOSE TRINIDAD SALAS

DATED: 9/14/14                        ***/s/Laurel Montoya***
                                        LAUREL MONTOYA
                                        Assistant U.S. Attorney

## ORDER

The Motions hearing date shall be continued from September 15, 2014, to October 27, 2014, at 8:30 a.m. before District Judge O'Neill, and the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

  Dated:  **September 9, 2014**              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE