**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE TRINIDAD SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE TRINIDAD SALAS,<br><br>  Defendant | ) Case No.: Case No.14-CR-0046 LJO-SKO<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE MOTIONS DATE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSE TRINIDAD SALAS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the current motions date be vacated and be reset to the following: motions due date September 24, 2014, Response date October 10, 2014; Reply date October 20, 2014 and the Motion hearing date be set to Monday October 27, 2014

   I unfortunately was unable to complete the motion as the research was extensive in this matter. I have spoken to AUSA Kevin Rooney, Laurel Montoya's supervisor, who has indicated there is no objection to continuing the Motions date for five days and my office in turn will not have an objection to a extension of Ms. Montoya's reply brief.

Summary of Pleading - 1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 9/19/14                                              */s/ David A Torres*
                                                            DAVID A. TORRES
                                                            Attorney for Defendant
                                                            JOSE TRINIDAD SALAS


DATED: 9/19/14                                              */s/Kevin Rooney*
                                                            KEVIN ROONEY
                                                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **September 22, 2014**                /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE