BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00046-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTION HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE TRINIDAD SALAS. | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendant by and through his counsel of record, DAVID A. TORRES, hereby stipulate as follows:

1. By previous order, this matter was set for motion hearing on October 27, 2014 at 8:30 a.m.

2. By this stipulation, government moves to continue the motion hearing to November 3, 2014 at 8:30 a.m. and to exclude time between October 27, 2014 and, November 3, 2014, under 18 U.S.C.§ 3161(h)(1)(D).  Defense counsel does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Defense counsel previously sought and the government did not oppose, a continuance of the motion hearing and briefing schedule.

Salas Stipulation and Proposed Order

1

...

...

      b.    Counsel for the government misread the latest stipulation and believed the government's response was due October 20, 2014. When government counsel realized the error, it was past the due date of October 10, 2014.

      c.    The parties have agreed to extend the time for the government to respond and agree that the government's response is now due on October 20, 2014. The parties further agree to extend the time for filing the defendant's optional reply to October 27, 2014.

      d.    The parties have agreed to continue the date for the hearing on the defendant's Motion to Suppress to November 3, 2014 at 8:30 a.m.

      e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2014 to November 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) because it results from a delay while motions are pending before the Court.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 16, 2014        /s/ Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant United States Attorney

DATED: October 16, 2014        /s/ David A. Torres
                                         DAVID A TORRES
                                         Attorney for Defendant

O R D E R

IT IS SO FOUND that the briefing schedule set forth above is adopted, the hearing on the Motion to Suppress Evidence is continued to November 3, 2014 at 8:30, and time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   **October 17, 2014**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE