**DAVID A. TORRES AND ASSOSCIATES**
**David A. TORRES, SBN135059**
1318 K. Street
Bakersfield, CA 93301
PHONE: (661)326-0857
FAX: (661)326-0936
EMAIL: dtorres@lawtorres.com

ATTORNEY FOR Defendant,
JOSE TRINIDAD SALAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE TRINIDAD SALAS,<br><br>　　　　　Defendant. | Case No.: 1:14-CR-00046 LJO-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO FILE MOTONS AND GOVERNMENT'S RESPONSE** |

**TO: THE HONORABLE JUDGE LAWRENCE J. O'NEILL, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVES, ASSISTANT UNITED STATES ATTORNEY'S LAUREL MONTOYA :**

Comes now defendant, Jose Trinidad Salas, by and through his attorney of record DAVID A. TORRES hereby requesting that the motion due date of December 8, 2014 be extended to December 12, 2014 for the following reason(s):

1. The deadline to file motions were on Monday, December 12, 2014. On that date, my Legal Assistant, Erika Martinez, filed a Motion to Travers the Search Warrant and a Kyles Bray Motion. On Friday, December 12, 2014, I asked my assistant to provide me a copy of the motions filed, upon doing so she notice only one motion had been filed (Kyles Brady).

2. I am respectfully requesting the file the Traversal this afternoon in addition to a Motion to Disclose the Confidential Informant (Giglio) and a Motion Seeking Disclosure of Personnel Files (Henthorn).

3. Counsel has no objection should the government need additional time to reply to said motions.

**IT IS SO STIPULATED.**

                                              Respectfully submitted,

DATED:   December 12, 2014    By:   */s/David A. Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              JOSE TRINIDAD SALAS

DATED:   September 16, 2014   By:   */s/Laurel Montoya*
                                              LAUREL MONTOYA
                                              Assistant United States Attorneys

## **ORDER**

It is hereby ordered.  The date to file Motions and Governments Response is hereby extended to December 12, 2014.

IT IS SO ORDERED.

   Dated:   **December 12, 2014**          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE