BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JOSE TRINIDAD SALAS.<br><br>          Defendant, | CASE NO.  1:14-cr-00046-LJO-SKO<br><br>STIPULATION TO CONTINUE MOTION HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER;  TRIAL SETTING CONFERENCE |

      Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendant by and through his counsel of record, DAVID A. TORRES, hereby stipulate as follows:

      1.     By previous order, this matter was set for motion hearing on January 12, 2015 at 11:00 a.m.

      2.     By this stipulation, government moves to continue the motion hearing to January 26, 2015 at 8:30 a.m., or at a time convenient to the court, and to exclude time between January 12, 2015 and January 26, 2015, under 18 U.S.C.§ 3161(h)(1)(D).  Defense counsel does not oppose this request.

      3.     The parties agree and stipulate, and request that the Court find the following:

      a.    Defense counsel previously sought and the government did not oppose, a brief continuance of the motion hearing and briefing schedule.

      b.    Counsel for the government needs additional time to respond to the defense motions.

      c.    The parties have agreed to extend the time for the government to respond and agree that the government's response is now due on January 20, 2015.  The defendant's optional reply is now due January 23, 2015.

      d.    The parties have agreed to continue the date for the hearing on the defendant's motions to January 26, 2015 at 8:30 a.m.

      e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2015 to January 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) because it results from a delay while motions are pending before the Court.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.    IT IS SO STIPULATED.

DATED: January 6, 2015                         /s/ Laurel J. Montoya
                                                  LAUREL J. MONTOYA
                                                  Assistant United States Attorney

DATED: January 6, 2015                         /s/ David A. Torres
                                                  DAVID A TORRES
                                                  Attorney for Defendant

## O R D E R

IT IS SO FOUND that the briefing schedule set forth above is adopted, the hearing on the defendant's motions is continued to January 26, 2015 at 8:30, and time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(D).  The hearing on the 26th will now also be a TRIAL SETTING CONFERENCE.
IT IS SO ORDERED.

    Dated:   **January 7, 2015**                 /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28