**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE TRINIDAD SALAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE TRINIDAD SALAS,<br><br>    Defendant | Case No.: 14-cr-0046 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE O'NEILL AND LAUREL MONTOYA, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, JOSE TRINIDAD SALAS, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

Monday, April 13, 2015 be continued to Monday, April 20, 2015.

   I am currently in trial in the matter of *People v. Peter Martinez. BM849535A* in the Kern

County Superior Court. Trial is anticipated to last until April 167, 2015.  I have spoken to AUSA

Laurel Montoya, and she has no objection to continuing the Status Conference.

   The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

Stipulation and Proposed Order to Continue Status Conference

1

//

//

**IT IS SO STIPULATED.**

                                                 Respectfully Submitted,

DATED: 4/9/2015                        */s/ David A Torres*
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        JOSE TRINIDAD SALAS

DATED: 4/9/2015                        */s/*
                                        LAUREL MONTOYA
                                        Assistant U.S. Attorney

# ORDER
**The** Status Conference hearing be continued to April 20, 2015 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:   **April 10, 2015**                    /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE