BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSE TRINIDAD SALAS,<br>                    Defendant, | CASE NO. 1:14-cr-00046-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendants by and through their undersigned counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status hearing April 20, 2015 at 9:30 a.m.

2. By this stipulation, government moves to continue the status hearing to May 4, 2015 at 9:30 a.m., or at a time convenient to the court, and to exclude time between April 20, 2015 and May 4, 2015, under 18 U.S.C.§ 3161(h)(a), (B)(iv). Defense counsel does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has not been able to discuss the matter and provide an offer to the defense due to scheduling issues thus additional time is needed for formulating the offer, the approval process, and further negotiations as well as investigation related to the formulation and consideration of any offer to settle the matter;

Salas Stipulation and Proposed Order

1

      b.      The parties have agreed to continue the date for the status conference to May 4, 2015;

      c.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20, 2015, and May 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(a), (B)(iv) because it results from a continuance granted by the Court at the parties request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: April 16, 2015                       /s/ Laurel J. Montoya
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney

DATED: April 16, 2015                       /s/ David Torres
                                                DAVID TORRES
                                                Attorney for Defendant Garcia

O R D E R

IT IS SO FOUND that the STATUS CONFERENCE is continued to May 4, 2015 at 9:30 a.m..

IT IS SO ORDERED.

Dated: **April 17, 2015**                  /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE