BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE TRINIDAD SALAS<br><br>Defendant, | CASE NO.  1:13-CR-00428  LJO  SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

   Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendants by and through their undersigned counsel of record hereby stipulate as follows:

   1.   By previous order, this matter was set for status conference hearing May 5, 2015 at 1:00 p.m.

   2.   By this stipulation, government moves to continue the status conference hearing to May 18, 2015, or at a time convenient to the court, and to exclude time under 18 U.S.C.§ 3161(h)(a), (B)(iv).  Defense counsel does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

      a.   The parties have been actively engaged in plea negotiations and are very close to an agreement that will eliminate the need for trial.  While a few details need to be resolved, the parties anticipate that an agreement will be reached.  The attorney for the government has suffered a serious

personal loss, which will complicate efforts to finalize the negotiations. It is requested that the current status conference date be vacated to allow the negotiations to conclude.

   b. The parties have agreed to continue the date for the status conference to May 18, 2015;

   c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4, 2015, and May 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(a), (B)(iv) because it results from a continuance granted by the Court at the parties request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

DATED:  April 24, 2015      /s/ Laurel J. Montoya
                LAUREL J. MONTOYA
                Assistant United States Attorney

DATED:  April 24, 2015      /s/ David Torres
                Attorney for Defendant

## O R D E R

 IT IS SO FOUND AND ORDERED that the STATUS CONFERENCE is continued to May 18, 2015 at 9:30am.

 Dated: May 1, 2015       /s/ Lawrence J. O'Neill
                UNITED STATES DISTRICT JUDGE

Manokoune - Stipulation and Proposed Order

2