IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE TRINIDAD SALAS,<br><br>　　　　Defendant | ) Case No.: 14-CR-0046 LJO-SKO<br>)<br>) **ORDER TO ADVANCE SENTENCING**<br>) **HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the stipulation of all parties, IT IS ORDERED that the sentencing hearing be advanced to December 14, 2015.

 **IT IS SO ORDERED**
**Dated: November 12, 2015**

　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**